UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              Case No. 6:09–bk–05602–KSJ
                                                            Chapter 7

Angela S Altintas
aka Angela Sheri Altintas
8445 Eagles Loop Circle
Windermere, FL 34786

_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

    It appearing to the Court that Leigh R Meininger, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

    ORDERED:

    1. The report of the trustee is hereby approved and that the estate is closed.

    2. The trustee is discharged and relieved of her/his trust.

    3. All deficient pleadings that have not been cured are considered moot.

    DONE AND ORDERED on August 26, 2009 .

                                                            _____
                                                             Karen S. Jennemann
                                                             United States Bankruptcy Judge